**In the Interest of S.M.R.,**
**Plaintiff/Respondent,**

v.

**C.M.R., Defendant/Appellant.**

No. 58610.

Missouri Court of Appeals,
Eastern District,
Division One.

March 10, 1992.

Nancy Lee Sido, Private Atty., Clayton, for defendant/appellant.

Glenn Hunt, Appointed Counsel, St. Louis, for plaintiff/respondent.

## ORDER

PER CURIAM.

Mother appeals from an order of the juvenile court terminating her parental rights in her daughter pursuant to § 211.447.2(2) and (3). We affirm. The findings and conclusions of the trial court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).